IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLENN FREDERICK REITLER, JR.,<br><br>Defendant. | CR 23-10-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 41). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on September 12, 2023 (Doc. 12);

1

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.  There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.  The Motion for Final Order of Forfeiture (Doc. 41) is GRANTED.

2.  The United States has determined that the rightful owner of the below property is Lauri Reitler. The ATF has confirmed Reitler is not prohibited from posing firearms or ammunition. Therefore, the United States is directed to return the following property, to Lauri Reitler.

- Winchester, Model 37, 410 caliber, shotgun (SN: None)
- Winchester, Model 94, 30-30 caliber, lever action rifle (SN: 1363615).
- Marlin Firearms Co., Model 60, .22 caliber rifle (SN: 18393326).
- Feather IND. INC. Model AT-22, .22 caliber rifle (SN: B2521).
- Harrington and Richardson, Model Topper, 20-gauge shotgun (SN: CAC065377).
- Western Field shotgun (SN: 33492XF)

- Hi Point, Model C9, 9mm caliber pistol (SN: P1354052).

- Approximately 1514 rounds of assorted ammunition.

- Approximately 500 shells of assorted shotgun ammunition.

DATED this 8th day of April, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge